AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| POPEYES LOUISIANA KITCHEN, INC. <br> *Plaintiff(s)* <br><br> v. <br><br> BAHADAR DURRANI, FOREST CHICKEN, LLC and HYLAN CHICKEN, LLC <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:26-cv-21119-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Bahadar Durrani
        6 Jade Court
        Franklin Park, NJ 08823-1605

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Michael D. Joblove, Esq. and Jessica Serell Erenbaum, Esq.
        Venable LLP
        801 Brickell Avenue
        Suite 1500
        Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Feb 19, 2026

s/ S.Carlson
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| POPEYES LOUISIANA KITCHEN, INC.<br>*Plaintiff(s)*<br>v.<br>BAHADAR DURRANI, FOREST CHICKEN, LLC<br>and HYLAN CHICKEN, LLC<br>*Defendant(s)* | Civil Action No. 1:26-cv-21119-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> FOREST CHICKEN, LLC
> By Serving Its Registered Agent:
> Ashish Parikh
> 301 Route 17N, Suite 802
> Rutherford, NJ 07070

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael D. Joblove, Esq. and Jessica Serell Erenbaum, Esq.
> Venable LLP
> 801 Brickell Avenue
> Suite 1500
> Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Feb 19, 2026

s/ S.Carlson
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

|  |  |
|---|---|
| POPEYES LOUISIANA KITCHEN, INC.<br>*Plaintiff(s)*<br>v.<br>BAHADAR DURRANI, FOREST CHICKEN, LLC<br>and HYLAN CHICKEN, LLC<br>*Defendant(s)* | Civil Action No. 1:26-cv-21119-AHS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    HYLAN CHICKEN, LLC
    By Serving Its Registered Agent:
    The LLC
    4058 Victory Boulevard
    Staten Island, NY 10314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Michael D. Joblove, Esq. and Jessica Serell Erenbaum, Esq.
    Venable LLP
    801 Brickell Avenue
    Suite 1500
    Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: Feb 19, 2026



Angela E. Noble
Clerk of Court

SUMMONS

s/ S.Carlson
Deputy Clerk
U.S. District Courts